UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

M.L. on behalf of G.L.

    v.                                        3:02CV1885 WWE

WILTON BOARD OF EDUCATION

## J U D G M E N T

This matter came on before the Honorable Warren W. Eginton, Senior United States District Judge, as a result of defendant's motion for summary judgment and plaintiff's motion to *de novo* review.

The Court has reviewed all of the papers filed in conjunction with the motion and on October 27, 2003, entered a Ruling on Defendant's Motion for Summary Judgment Dismiss granting the motion and denying the plaintiff's motion for *de novo* review as moot.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendant and the case is closed.

Dated at Bridgeport, Connecticut, this 30th day of October, 2003.

                                          KEVIN F. ROWE, Clerk

                                          By _____
                                                   Deputy-in-Charge

Entered on Docket _____