UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
-----------------------------------------------------------x
M.L., on behalf of G.L.

              Plaintiffs,

  -against-

                                                              **CIVIL ACTION NO.**
                                                              **3:02 CV 1885 (WWE)**

Wilton Board of Education

                        Defendant.                     October 28, 2003
-----------------------------------------------------------x

      Pursuant to Rules 7 (a) and (b) of the Local Rules of Civil Procedure, the plaintiffs in the above-captioned case hereby move for an extension of time to file its opposition to defendants summary judgment, memorandum of law in support of the summary judgment, Rule 19(c)(1) statement and rely brief on plaintiffs modified *de novo* review.

      We are co-counsel for G.L., a child with autism who is appealing from an adverse decision at an administrative hearing under the Individuals with Disabilities Education Act. Within weeks of the administrative decision, the defendant school district implemented and blessed the very placement that it had <u>resisted</u> at the administrative level.

      We apologize for burdening the Court, but our adversary is refusing to accord us any additional time to respond to defendant's motion for summary judgment, memorandum of law in support of summary judgment and Rule 9(c)(1)-- papers that my office never received until just this last Friday, October 24, 2003.

      We only learned about Defendant's summary judgment papers when we received defendant's opposition papers to our motion for modified *de novo* review on October 22, 2003. Defendant's opposition papers, which were filed with the Court on October 14, 2003 but <u>not</u> received by our office until the afternoon of October 22, 2003, made *reference* to <u>previous</u>

motion papers we had never received. We immediately called defendant's counsel on October 23, 2003 to inquire about these "prior" papers. Defendant's counsel provided these "prior" papers on October 24, 2003. That same day we then spoke to the partner of the firm representing the defendant, who actually tried the underlying administrative hearing, the partner explained that he would get back to us on Monday, October 27, 2003 with an answer to our request for an extension. Just today we received a call from the partner stating that he would not agree to a stipulation of extension.

The plaintiff respectfully requests a thirty (30) day extension of time up to and including November 29, 2003, to file its opposition and reply papers on these motions. This is plaintiff's first request for an extension of time to file and serve papers on the pending motions. We will make ourselves available at any time for a conference call if the Court so desires.

For the foregoing reasons, the plaintiffs have established good cause for the Court to grant the requested.

PLAINTIFFS –M.L. on behalf of G.L.

By_____
Gary S. Mayerson (CT24937)
Mayerson & Associates
330 West 38th Street
Suite 600
New York, New York 10018
212.265.7200
212.265.1735 (fax)

## CERTIFICATION

This is to certify that a copy of Plaintiff's Motion for Extension of Time was mailed, U.S. Mail, postage prepaid, to Attorney Nicole A. Bernabo, of Sullivan, Schoen, Campane & Connon, 646 Prospect Avenue, Hartford, Connecticut 06105-4286 on this 28th day of October 2003.

Gary S. Mayerson