02cv1885 Mot ext time

ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
-----------------------------------------------------------x
M.L., on behalf of G.L.

         Plaintiffs,

   -against-

                                               CIVIL ACTION NO.
                                               3:02 CV 1885 (WWE)

Wilton Board of Education

         Defendant.                 October 28, 2003
-----------------------------------------------------------x

     Pursuant to Rules 7 (a) and (b) of the Local Rules of Civil Procedure, the plaintiffs in the above-captioned case hereby move for an extension of time to file its opposition to defendants summary judgment, memorandum of law in support of the summary judgment, Rule 19(c)(1) statement, and rely brief on plaintiffs modified *de novo* review.

     We are co-counsel for G.L., a child with autism who is appealing from an adverse decision at an administrative hearing under the Individuals with Disabilities Education Act. Within weeks of the administrative decision, the defendant school district implemented and blessed the very placement that it had <u>resisted</u> at the administrative level.

     We apologize for burdening the Court, but our adversary is refusing to accord us any additional time to respond to defendant's motion for summary judgment, memorandum of law in support of summary judgment and Rule 9(c)(1)-- papers that my office never received until just this last Friday, October 24, 2003.

     We only learned about Defendant's summary judgment papers when we received defendant's opposition papers to our motion for modified *de novo* review on October 22, 2003. Defendant's opposition papers, which were filed with the Court on October 14, 2003 but <u>not</u> received by our office until the afternoon of October 22, 2003, made *reference* to previous

[Handwritten margin note: Denied for lack of appearance and as moot since the case has already been decided on the merits. WARREN W. EGINTON, SENIOR USDJ 11/3/03]

[Stamp: FILED 2003 NOV -4 A 9:50 US DIST... ...]